IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL UNION LOCAL 8 OF ILLINOIS, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 14-cv-764 JPG/SCW ) |
| ENGLISH BROTHERS COMPANY | ) ) |
| Defendant. | ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: February 27, 2015            JUSTINE FLANAGAN, Acting Clerk of Court


Approved:    *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**